UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MANUEL JAIMES-MENDOZA,

Petitioner,

v.

ERIC H. HOLDER, Jr., Attorney General,

Respondent.

No. 06-72479

Agency No. A075-570-154

ORDER

Before: CANBY, THOMAS, and W. FLETCHER, Circuit Judges.

Respondent's petition for panel rehearing is granted. The memorandum disposition filed on June 9, 2010, is withdrawn and a superseding memorandum disposition will be filed concurrently with this order.

NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FILED

FOR THE NINTH CIRCUIT

NOV 03 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

MANUEL JAIMES-MENDOZA,

Petitioner,

v.

ERIC H. HOLDER, Jr., Attorney General,

Respondent.

No. 06-72479

Agency No. A075-570-154

MEMORANDUM[*]

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted May 25, 2010[**]

Before: CANBY, THOMAS, and W. FLETCHER, Circuit Judges.

Manuel Jaimes-Mendoza, a native and citizen of Mexico, petitions for
review of the Board of Immigration Appeals' ("BIA") order dismissing his appeal
from an immigration judges' order denying his application for adjustment of status.
We have jurisdiction under 8 U.S.C. § 1252. We review de novo questions of law,

[*] This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**] The panel unanimously concludes this case is suitable for decision
without oral argument. See Fed. R. App. P. 34(a)(2).

*Nunez-Reyes v. Holder*, 646 F.3d 684, 688 (9th Cir. 2011) (en banc), and we deny the petition for review.

The BIA correctly determined that Jaimes-Mendoza is inadmissible due to his conviction for being under the influence of cocaine pursuant to Cal. Health & Safety Code § 11550, despite his subsequent relief under Cal. Health & Safety Code § 1203.4. *See Nunez-Reyes*, 646 F.3d at 695 (Federal First Offender Act exception not available for "under the influence" convictions); *Ramirez-Castro v. INS*, 287 F.3d 1172, 1174 (9th Cir. 2002) (state expungement of a criminal conviction generally does not remove its immigration consequences).

**PETITION FOR REVIEW DENIED**.